**Order entered April 15, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01415-CV

**AARON A. HERBERT, INDIVIDUALLY AND ON BEHALF OF THE LAW FIRM OF AARON HERBERT, P.C., Appellant**

**V.**

**KASEY C. KRUMMEL, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-18-04644-A**

### ORDER

Before the Court is appellant's April 13, 2020 unopposed motion to extend time to file his brief. Appellant explains the extension is necessary, in part, because the parties are "actively negotiating."

We **GRANT** the motion and **ORDER** appellant to file his brief, a status report, or a motion to dismiss no later than May 15, 2020.

/s/    ERIN A. NOWELL
        JUSTICE